IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

JAMES H. SCHMAL, )
 )
    Plaintiff, )
 )
v. ) Case No. 2 11 CV 418
 )
FRANCISCAN ALLIANCE, INC., d/b/a )
FRANCISCAN ST. ANTHONY HEALTH, )
 )
    Defendant. )
 )

## COMPLAINT

Comes now the plaintiff, James H. Schmal, by counsel, and for his Complaint against the defendant, Francis Alliance, Inc., d/b/a Franciscan St. Anthony Health ("St. Anthony Health"), states as follows:

I.    Preliminary Statement.

1.    The plaintiff, James H. Schmall, alleges discrimination in the work place, by his former employer, St. Anthony Health.

2.    The challenged action violates the Americans with Disabilities Act of 1990, as amended, and the Americans with Disabilities Act Amendments Act of 2008, as amended, pursuant to 42 U.S.C. §12101, et seq.

II.    Jurisdiction.

3.    This court has jurisdiction over the subject matter of this case, pursuant to 42 U.S.C. § 12117, 42 U.S.C. §2000 e-5, 28 U.S.C. § 1331. The plaintiff has filed a timely charge with the Equal Employment Opportunity Commission which issued a "Right to Sue Letter."

III. Parties.

4. The plaintiff, James H. Schmal, is an adult male. He is a citizen of the United States and a resident of Lake County, Indiana.

5. Franciscan Alliance, Inc., d/b/a Franciscan St. Anthony Health is a domestic Indiana corporation.

6. Franciscan Alliance, Inc., d/b/a Franciscan St. Anthony Health employs more than fifteen employees.

IV. Factual Allegations.

7. Plaintiff James H. Schmal was hired by St. Anthony Health on July 9, 1990. His most recent position was in the Environmental Services Department, and his job duties included collecting and disposing trash.

8. Schmal is a person with intellectual and physical disabilities, as a result of suffering a stroke at the age of eleven months. Due to his intellectual disabilities, he has learning and cognitive impairments. He is only able to read at a primary elementary school level, and has a learning capacity at about a primary elementary school level. Schmal's intellectual disabilities also include emotional impairments (such as controlling his temper and ability to interact with others.) Schmal has epilepsy, which must be controlled by medication. Schmal also has a physical disability to his right arm, right hand and right leg.

9. Schmal is capable of performing the essential functions of the position that he worked, with reasonable accommodation for his disabilities.

10. On February 25, 2011, Schmal was written up by a supervisor for using curse words and for showing his frustrations while on the job. On that day, Schmal became frustrated when he saw the condition of a stack of cardboard boxes that were left behind by others. While a

supervisor accused Schmal of using curse words, he believed he was only thinking the words to himself. Schmal was not in an area where he would have been in contact with any patients, and he believed that he was alone.

11. On March 25, 2011, St. Anthony Health suspended Schmal for three days without pay. On March 28, 2011, St. Anthony Health changed this suspension to a termination of employment. During the course of Schmal's employment with St. Anthony Health, and at the time of his termination, Schmal satisfactorily performed the functions of his job.

12. As a result of the employment practices by St. Anthony Health, in which it took corrective action and ultimately terminated Schmal due to the incident on February 25, 2011, Schmal has been discriminated against based on his disabilities, and in particular, based on his intellectual disability, in violation of the Americans with Disabilities Act (ADA), as amended by the Americans with Disabilities Amendments Act (ADAAA).

13. The defendant failed to accommodate Schmal for his disabilities. As a result of the defendant's employment practices, the defendant has discriminated against Schmal on the basis of his disabilities.

14. As a result of discrimination by St. Anthony Health, Schmal has been adversely affected. Schmal has lost his employment with St. Anthony Health, and has incurred a loss of income and benefits. He has also suffered humiliation, embarrassment, emotional and mental distress.

V. Legal Claims.

15. Schmal hereby incorporates by reference paragraphs one (1) through fourteen (14) of his Complaint by reference.

16. Schmal was wrongfully terminated by the defendant, as the defendant has violated the Americans with Disabilities Act of 1990, as amended, and the Americans with Disabilities Act Amendments Act of 2008, as amended, pursuant to 42 U.S.C. §12101, et seq.

17. The unlawful employment practices complained of were intentional.

18. The unlawful employment practices complained of were done with malice or with reckless indifference of the federally protected rights of James Schmal.

VI. Prayer for Relief.

WHEREFORE, the plaintiff requests that the court:

A. Issue a declaratory judgment that the discrimination of the plaintiff violates the ADA, and the ADAAA;

B. Enter an injunction against the defendant from further discrimination against the plaintiff, and order that the defendant institute and carry out policies, practices and programs which provide equal employment opportunities for the disabled, and which eradicate the effects of its past and present unlawful employment practices;

C. Order the defendant to make whole James Schmal by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of the defendant's unlawful employment practices, including, but not limited to reinstatement of Schmal to his employment, or in the alternative, an award of front pay;

D. Award the plaintiff compensatory damages and punitive damages, available under the ADA and the ADAAA, in an amount to be proved at trial;

E. Award the plaintiff costs and attorneys fees;

F. Award the plaintiff all other just and equitable relief.

*[signature]*

Steven A. Johnson, Attorney No. 4940-45

*[signature]*

Michael J. Rappa, Attorney No. 17512-45

Johnson, Rappa & Ivancevich, LLC
250 East 90th Drive
Merrillville, IN 46410
(219) 769-0087

Attorney for the plaintiff, James H. Schmal

## JURY DEMAND

Comes now the plaintiff, James H. Schmal, by counsel, and demands trial by jury.

Respectfully Submitted,

*[signature]*

Steven A. Johnson, Attorney No. 4940-45

*[signature]*

Michael J. Rappa, Attorney No. 17512-45

Johnson, Rappa & Ivancevich, LLC
250 East 90th Drive
Merrillville, IN 46410
(219) 769-0087
saj@johnsonrappa.com
mjr@johnsonrappa.com

Attorney for the plaintiff, James H. Schmal