# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| JAMES H. SCHMAL,<br><br>    Plaintiff,<br><br>v.<br><br>FRANCISCAN ALLIANCE, INC., d/b/a<br>FRANCISCAN ST. ANTHONY HEALTH,<br><br>    Defendant. | Civil Action No.: 2-11-CV-418-JVB-PRC |

## ORDER

This matter is before the Court on the parties' Stipulation to Dismiss with Prejudice (DE 24). The Court now approves the parties' stipulation, vacates any scheduling deadlines previously set herein, and DIRECTS that this cause be dismissed with prejudice.

SO ORDERED on January 10, 2014.

  s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE